**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

In re:                                          Case No. 1:22-bk-01895-HWV

    Michael J. Walker,                      Chapter 13

           Debtor.

### Order Granting Debtor's Motion to Reimpose Automatic Stay

Upon consideration of the Debtor's Motion Reimpose Automatic Stay, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and 11 U.S.C. §1301 Co-Debtor Stay is **REIMPOSED** with respect to **2320 DELTA ROAD, BROGUE, PENNSYLVANIA 17309** and Respondent Freedom Mortgage Corporation.

3. Federal Rule of Bankruptcy Procedure 3002.1 is applicable to Respondent, its successors and assignees.

4. This Order is conditioned upon Debtor making a payment in full to cure all post-petition arrears owed to Respondent within seven (7) days. Furthermore, if Debtor fails to cure within the time allowed, Respondent shall send Debtor notice of the amount to cure. If Debtor fails to cure within seven (7) days of such notice, Respondent may file a certificate of default and this Order will be vacated.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 2, 2023